UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILARIO JACINTO PABLO, | Case No.:  3:26-cv-2240-CAB-MSB |
| Petitioner, | |
| v. | **ORDER REQUIRING BOND HEARING** |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

Pending before the Court is Petitioner Hilario Jacinto Pablo's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  Petitioner asserts that he has been in immigration detention since "late March 2026" without a bond hearing in violation of the Immigration and Nationality Act.  [*Id.* at 7–8.]  Respondents acknowledge that courts in this District have ordered bond hearings in similar cases and thus "do not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)."  [Doc. No. 4 at 1–2.]

///

///

///

///

///

1

Accordingly, the Court **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations by **May 11, 2026**. The Clerk of the Court shall close the case on May 18, 2026 unless the Court is notified that the bond hearing did not occur.

It is **SO ORDERED**.

Dated:  April 27, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-2240-CAB-MSB